■ ELLIOTT T. KIMBROUGH, Respondent, v C.F.L. DEVELOPMENT CORPORATION, Appellant. (Appeal No. 2.) — Order unanimously vacated, without costs, and matter remitted to Special Term for further proceedings, in accordance with the same memorandum as in Kimbrough v C.F.L. Dev. Corp. (80 AD2d 737). (Appeal from an order of Erie Supreme Court — dismiss complaint.) Present — Cardamone, J.P., Simons, Callahan, Denman and Schnepp, JJ.